*Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. GUSTAV LOEWEUS, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, ·P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. MICHAEL H. SOLOMON, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. LOUIS AGATSON, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

THE A. C. & H. M. HALL REALTY COMPANY, Appellant, v. HAROLD A. HAYWARD, Respondent.— Determinations affirmed, with costs, and judgments ordered against plaintiff upon its stipulation, with costs, upon the opinion of Greenbaum, J., in *Hall Realty Co.* v. *Moos* [*ante*, p. 66], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

CLARA SCHACHTER HAMMERLING, Respondent, Appellant, v. LOUIS NICHOLAS HAMMERLING, Appellant, Respondent.— Order modified by increasing counsel fee to the sum of $500, and as so modified affirmed, without costs to either party. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX WULFSOHN and Others, Doing Business under the Firm Name and Style of M. WULFSOHN & Co., Respondents, v. RUSSIAN SOCIALIST FEDERATED SOVIET OF RUSSIA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the complaint and affidavits do not state a cause of action against defendant. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX WULFSOHN and Others, Doing Business under the Firm Name and Style of M. WULFSOHN & Co., Appellants, v. RUSSIAN SOCIALIST FEDERATED SOVIET OF RUSSIA, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant.— Order reversed, without costs, and order to discontinue modified, on consent of counsel in open court, to read as provided in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY MATAUSAK, as Administratrix, etc., of JOSEPH MATAUSAK, Deceased, Appellant, v. ANDREW GREIS, Respondent.— Order modified by granting motion to change venue on condition that defendant stipulate as provided in order; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY MATAUSAK, as Administratrix, etc., of JOSEPH MATAUSAK, Deceased, Appellant, v. ANDREW GREIS, Respondent.— Order affirmed, with ten dollars